UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE E. MCFARLAND, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION H-05-3916 |
| RICK THALER, | § | |
| Defendant. | § | |

## Order

George McFarland's motion for oral argument is denied.

Signed March 25, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge