UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 02, 2019
David J. Bradley, Clerk

| | |
|---|---|
| George E. McFarland, § | |
| § | |
| Petitioner, § | |
| versus § | Civil Action H-05-3916 |
| § | |
| Lorie Davis,[83] § | |
| § | |
| Respondent. § | |

## Final Judgment

1. George E. McFarland's petition is denied.

2. The court will not issue a certificate of appealability.

3. This case is dismissed.

4. This is a final judgment.

Signed on April _2_, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[83] Lorie Davis is the current director of Texas Department of Criminal Justice, Correctional Institutions Division. She is automatically substituted as a party. Fed. R. Civ. P. 25(d).

21