IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 12, 2019
David J. Bradley, Clerk

---

GEORGE E. MCFARLAND,

                Petitioner,

    v.

LORIE DAVIS,

                Respondent.

Civil Action H-05-3916

\*\*\* Capital Case \*\*\*

---

## ORDER

Pending before the Court is Petitioner's Unopposed Motion to Substitute Appointed Counsel. The motion is **GRANTED**. Jared Tyler is appointed to represent George McFarland pursuant to 18 U.S.C. § 3599. The representation shall continue throughout every subsequent stage of available judicial proceedings, including all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures, and also in such competency proceedings and proceedings for executive or other clemency as may be available to him.

**IT IS SO ORDERED.**

SIGNED in Houston, Texas on July 11, 2019.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE